IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STEPHANIE LEIGHTY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 114-054 |
| | * | |
| HARBOR INN SEAFOOD, INC. | * | |
| d/b/a HARBOR INN SEAFOOD and | * | |
| ANGELO MANIGAS, as Manager of | * | |
| Harbor Inn Seafood, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

On October 31, 2014, this Court entered an Order on Defendants' motion for stay, as counsel indicated that the parties had reached settlement and required time to finalize the accompanying documents. (Doc. 25.) The parties then jointly filed a status report on December 1, 2014 in which they represented that Plaintiff executed the settlement agreement on November 14, 2014, but still was awaiting payment. (Doc. 26.)

Given that two months have elapsed since the time Plaintiff executed the settlement agreement and this Court has received no update in over a month, the Court **DIRECTS** the parties to file a report within **FOURTEEN (14) DAYS** from the date of this Order detailing the status of their case.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA