IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STEPHANIE LEIGHTY, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-054 |
| HARBOR INN SEAFOOD, INC. d/b/a HARBOR INN SEAFOOD and ANGELO MANIGAS, as Manager of Harbor Inn Seafood, | * | |
| Defendants. | * | |

**ORDER**

Presently before the Court is the parties' stipulation of voluntary dismissal with prejudice. (Doc. 29.) As the parties have reached a settlement in this matter, they further have agreed to the dismissal of the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, the Court **DISMISSES WITH PREJUDICE** all of Plaintiff's claims. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of January, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA